No. 744. HARRISBURG DAILY MARKET, INC., *v.* FREEMAN, SECRETARY OF AGRICULTURE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles Orlando Pratt* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondents.

No. 795. AMERICAN INSTITUTE FOR ECONOMIC RESEARCH, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Guy Emery* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Morton K. Rothschild* for the United States.

No. 841. FIUMARA *v.* TEXACO, INC., ET AL. C. A. 3d Cir. Certiorari denied. *A. E. Hurshman* for petitioner. *Morris Duane, W. James MacIntosh, Jesse P. Luton, Jr.* and *Bynum E. Hinton, Jr.* for respondents.

No. 884. HELBROS WATCH CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *B. Paul Noble* for petitioners. *Solicitor General Cox* and *James McI. Henderson* for respondent.

No. 885. PARKS ET AL. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. C. A. 4th Cir. Certiorari denied. *Melvin J. Sykes* for petitioners. *John Henry Lewin, Thomas X. Dunn, Louis Sherman, Robert R. Bair* and *George Cochran Doub* for respondents.

No. 889. MALOY *v.* BRISTOW ET AL. Supreme Court of Florida. Certiorari denied.